IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAYSHAWN D. GONZALEZ, | ) |
| Plaintiff, | ) Case No. 24-cv-3570 |
| v. | ) **JURY TRIAL DEMANDED** |
| DAVID M. KOENIG and THE CITY OF CHICAGO, | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff Jayshawn D. Gonzalez, represented by his attorneys Ed Fox & Associates, Ltd., brings this complaint against Defendant David M. Koenig and The City of Chicago, alleging as follows:

## JURISDICTION AND VENUE

1. This action is based on the United States Constitution and the Civil Rights Act of 1871 (42 U.S.C. Section 1983).

2. Jurisdiction for this case is conferred upon this Court under 28 U.S.C. Sections 1343, 1331, and 1367.

3. The venue is founded in this Judicial Court upon 28 U.S.C. Section 1391, as the acts in question occurred within this district.

## PARTIES

4. Plaintiff Jayshawn D. Gonzalez ("Plaintiff") was a citizen of the United States and was within the jurisdiction of this Court.

5. Defendant David M. Koenig ("Defendant Koenig") was a police captain at the Chicago Police Department ("CPD").

6. The City Of Chicago ("the City") was a political division of the State of Illinois and served as the employer of Defendant Koenig. Defendant Koenig acted as a representative, employee, and/or agent of the City. Pursuant to the doctrine of *respondeat superior*, the City bears liability for all state law claims committed by their representatives, employees, and agents acting within that scope.

7. Defendant Koenig acted under the color of law and within the scope of his employment. Defendant Koenig is being sued in his individual capacity.

## FACTUAL ALLEGATION

8. On or about September 16, 2023, Defendant Koenig detained Plaintiff.

9. Multiple CPD officers assisted Defendant Koenig in detaining Plaintiff.

10. Defendant Koenig struck Plaintiff in the face.

11. There was no legal cause to strike Plaintiff in the face.

12. As a direct and proximate result of one or more of the above-mentioned actions and/or omissions by Defendant Koenig, Plaintiff suffered significant injuries, including but not limited to the loss of liberty, invasion of privacy, humiliation and indignities, and suffered great mental, emotional, and physical pain in an amount yet to be ascertained.

13. The actions and/or omissions mentioned above by Defendant Koenig were willful, wanton, malicious, oppressive, and done with reckless indifference and/or callous disregard for Plaintiff's rights and justify the awarding of exemplary and punitive damages in an amount to be ascertained according to proof at the time of trial.

14. By reason of the above-mentioned actions and/or omissions by Defendant Koenig, Plaintiff retained attorneys to institute, prosecute, and render legal assistance to him in the within action so that they might vindicate the loss and impairment of his rights. By reason thereof, Plaintiff requests payment of a reasonable sum for attorney's fees pursuant to 42 U.S.C. Section 1988 or any other provision set by law.

## COUNT I
## EXCESSIVE FORCE IN VIOLATION OF THE FOURTH AMENDMENT

15. Plaintiff hereby incorporates and realleges paragraphs one (1) through fourteen (14) hereat as though fully set forth at this place.

16. Defendant Koenig deprived Plaintiff of his rights, privileges, and/or immunities secured to him by the Fourth Amendment to the Constitution of the United States and laws enacted thereunder.

17. Defendant Koenig struck Plaintiff in the face without legal cause.

18. The foregoing was unnecessary, unreasonable, and/or excessive.

19. As a result, Plaintiff was injured emotionally, financially, and/or otherwise.

20. Therefore, Defendant Koenig is liable pursuant to 42 U.S.C. § 1983.

## COUNT II
## BATTERY IN VIOLATION OF STATE LAW

21. Plaintiff hereby incorporates and re-alleges paragraphs one (1) through fourteen (14) hereat as though fully alleged at this place.

22. Defendant Koenig committed the tort of battery against Plaintiff under state law.

23. Defendant Koenig intentionally and unlawfully made harmful and offensive contact with Plaintiff's person, without legal cause, by striking him in the face.

24. Plaintiff suffered emotional and other damages from the unlawful acts of Defendant Koenig.

25. Therefore, Defendant Koenig and the City (pursuant to *respondeat superior*) are liable for the state law claim of battery.

For the foregoing reasons, Plaintiff requests judgment as follows:

1. Defendants pay general damages, including emotional distress, in a sum to be ascertained;

2. Defendants pay special damages;

3. Defendants pay attorneys' fees pursuant to Section 1988 of Title 42 of the United States Code or any other applicable laws;

4. Defendant Koenig pay punitive and exemplary damages in a sum to be ascertained;

5. Defendants pay costs of the suit herein incurred; and

6. Plaintiff have such other and further relief as this Court may deem just and proper.

Dated: May 2, 2024

    Respectfully submitted,

    s/Peter T. Sadelski
    Peter T. Sadelski
    Edward M. Fox
    ED FOX & ASSOCIATES, LTD.
    118 North Clinton Street, Suite 425
    Chicago, Illinois 60661
    (312) 345-8877
    psadelski@efoxlaw.com
    efox@efoxlaw.com
    Attorneys for Plaintiff

**PLAINTIFFS HEREBY REQUEST A TRIAL BY JURY**

    s/Peter T. Sadelski
    Peter T. Sadelski
    Edward M. Fox
    ED FOX & ASSOCIATES, LTD.
    118 North Clinton Street, Suite 425
    Chicago, Illinois 60661
    (312) 345-8877
    psadelski@efoxlaw.com
    efox@efoxlaw.com
    Attorneys for Plaintiff